6544

FOSTER v. WESTERN UNION TEL. CO.

Ruled by preceding case of *Butler v. Tel. Co.*

Before PURDY, J., Greenville, July Term, 1906. Reversed.

Action by H. A. Foster against Western Union Telegraph Co. From judgment for plaintiff, defendant appeals.

*Messrs. Geo. H. Fearons, Evans & Finley* and *Jos. A. McCullough*, for appellant.

*Messrs. Cothran, Dean & Cothran*, contra.

May 22, 1907. The opinion of the Court was delivered by

MR. JUSTICE GARY. The testimony in this case upon the question as to punitive damages is substantially the same as in the case of *C. P. Butler v. Tel. Co.*, in which the opinion has just been filed, and shows that the exception raising this question should be sustained.

It is the judgment of this Court, that the judgment of the Circuit Court be reversed, and the case remanded for a new trial.